UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-20765-CIV-MORENO

SHEIK AHMED ABDUL RAHMAN SALEH BANAFA,

    Plaintiff,

vs.

DINA ARONFELD, as Personal Representative of the Estate of Maria Ashemimry

    Defendant.
_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN A CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss **(D.E. No. 5)**, filed on **April 15, 2009** and Plaintiff's Response to the Motion to Dismiss **(D.E. No. 9)**, filed on **May 18, 2009.** Both parties seek to stay the case pending resolution of the state court proceedings. Accordingly, it is,

**ADJUDGED** that:

(1) The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

(2) The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

(3) This order shall not prejudice the rights of the parties to this litigation.

(4) Plaintiff SHALL notify the Court by **May 14, 2010** and every 3 months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of March, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record